# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

VS.                                           CAUSE NO.: 3:12-CR-88-DCB-FKB-6

BOOKER TARVIN, ET AL.

## ORDER

Four defendants in the present cause have filed motions with the Court [**docket entry nos. 120, 121, 125, 139**] asking it to reconsider its October 16, 2012, Order denying a continuance of the upcoming trial. The government has filed a consolidated response to the these motions [docket entry no. 133], wherein it concedes that the interests of justice would be best served by continuing the case and urges the Court to grant defendants' motions. Having carefully considered the reasons for granting a continuance set forth in the recent motions, particularly in light of the government's additional explanation as to why a continuance should be granted, the Court finds that the public interest *is* best served by granting a brief continuance in this matter. Therefore, the trial as to all Defendants in the above numbered cause will be continued to February 25, 2013.

> **IT IS THEREFORE HEREBY ORDERED THAT** Defendant Taylor's Motion for Continuance [**docket entry no. 120**] is **GRANTED.**
>
> **IT IS FURTHER HEREBY ORDERED THAT** Defendant Ford's Motion for Continuance [**docket entry no. 121**] is **GRANTED.**
>
> **IT IS FURTHER HEREBY ORDERED THAT** Defendant Fulford's Motion

to Reconsider [**docket entry no. 125**] is **GRANTED.**

**IT IS FURTHER HEREBY ORDERED THAT** Defendant Tarvin's Motion for Continuance [**docket entry no. 139**] is **GRANTED.**

**SO ORDERED,** this the 24th day of October, 2012.

                                                   /s/ David Bramlette
                                                 **UNITED STATES DISTRICT JUDGE**