# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:12cr88DCB-FKB |
| ) | |
| TIFFANY KYSER ) | |

### ORDER POSTPONING DEFENDANT TIFFANY KYSER'S SELF REPORT DATE

THIS CAUSE having come on for consideration on the Motion of the Defendant, for a postponement of her self report date in the above action. The request is made on the grounds that the Defendant is to undergo a medical procedure scheduled for July 31, 2013. The Government has no objection to this request, and the Court finds that the request is made for good cause.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's request to postpone her self report date is hereby granted and that the Defendant is no longer required to report on July 15, 2013 by noon, but shall be allowed to remain on bond and self report to the designated facility on August 2, 2013 by noon.

FURTHER ORDERED AND ADJUDGED the Court having found that granting such a relief best serves the ends of justice and outweighs the interest of the public.

SO ORDERED this the 10th day of July 2013.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE

Submitted by:

/s M. Bradley Mills
M. Bradley Mills, MSB#102070
Attorney for Defendant
Mills Law Firm, P.L.L.C.
648 Lakeland East Drive, Suite A
Flowood, Mississippi 39232
Phone: 601-420-2030
Fax: 601.932.1014
Email: brad@themillslawfirm.net