IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                       CASE NO. 3:12-CR-88-DCB-FKB-003

WILLIE EARL CULLEY

ORDER

Before the Court is Willie Earl Culley's Motion to Dismiss Motion filed for Notice of Appeal. Having fully considered all issues, the Court is of the opinion that the relief requested should be and is hereby GRANTED.

SO ORDERED this the  15th  day of October, 2013.

                                           s/David Bramlette
                                           United States District Judge