IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS. CRIMINAL CASE NO. 3:12-cr-88-003(DCB)(FKB)

WILLIE EARL CULLEY                                              DEFENDANT

## ORDER

This cause is before the Court on the defendant Willie Earl Culley's Motion for Reconsideration of Sentence (docket entry 272). Upon review of the motion, the Court finds that a Response from the Government is needed;

Accordingly,

IT IS HEREBY ORDERED that the Government respond to the defendant's motion within thirty (30) days from the date of entry of this Order.

SO ORDERED, this the 30th day of October, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE