IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| UNITED STATES OF AMERICA | FIRST SUPERSEDING INDICTMENT |
|---|---|
| v. | CRIMINAL NO. 3:12cr88DCB-FKB |
| AUNDRA MASON | |

ORDER OF DISMISSAL
COUNT 1

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 1 of the Criminal Indictment against the defendant, AUNDRA MASON, without prejudice.

GREGORY K. DAVIS
United States Attorney

Date: FEBRUARY 4, 2014        By: s/ Erin O. Chalk
                                   Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 1.

ORDERED this the 5th day of February, 2014.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE